**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| EMILY M. BURNS, in her own right | : | |
| and as Administratrix of the Estate of | : | |
| Matthew T. Burns, Deceased, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| | : | No. 21-5104 |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| SHAMA EXPRESS, L.L.C., et al., | : | |
| | : | |
| Defendants. | : | |

**<u>ORDER</u>**

**AND NOW**, this 13th day of January, 2022, Defendants Frost Brook Trucking, Inc.,

Robert Lee, Jr., and Mark W. Eddy's Motion to Transfer for Inconvenient Forum (ECF No. 5)

and Defendants Shama Express, L.L.C., Mohammed Akbari, and Dilawar Ali Shah's Motion to

Transfer Venue Pursuant to 28 U.S.C. §1404 (ECF No. 6) are **GRANTED**.

It is **FURTHER ORDERED** that the Clerk of Court is directed to transfer the above-

captioned matter to the United States District Court for the Western District of Pennsylvania.

__s/ANITA B. BRODY, J.____
ANITA B. BRODY, J.

Copies **VIA ECF**